IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE: : CASE NO. 3:20MJ051

SAMSUNG CELLULAR TELEPHONE, : ORDER AUTHORIZING THE UNITED
MODEL SM-AM600P, IMEI 3578300912238009 STATES TO PROVIDE DEFENSE
CURRENTLY LOCATED AT FBI, 7747 : COUNSEL A COPY OF THE SEALED
CLYO ROAD, CENTERVILLE, OHIO SUPPORTING AFFIDAVIT TO
: SEARCH WARRANT WITH LIMITED
DISSEMINATION
:

Upon Motion of the United States and for good cause shown, the United States is hereby authorized to provide F. Arthur Mullins, Esq. and/or his representative as counsel for defendant John Clarence Golden, Jr., a copy of the sealed Supporting Affidavit to Search Warrant filed on January 29, 2020 in the above captioned case without dissemination of a hard copy of the documents other than orally to his respective client. Further, the Supporting Affidavit shall remain under seal in its entirety until such time as ordered by the Court.

2/21/20
DATE

MICHAEL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE